# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

June 22, 2005

Honorable Mary M. Lisi, Chair
Judicial Conference Of The United States
Committee On Financial Disclosure
One Columbia Circle, N. E.
Washington, D.C. 20544

Re: Calendar Year 2004 Filing

Dear Judge Lisi:

This letter is in response to yours of June 10, 2004 and will serve as an amendment to my report.

All of the assets in question are assets that are held in a ▇▇▇▇ trust that was established in 1928. I am a third generation beneficiary of this trust and by my count from the annual report that I receive from the JPMorgan Personal Asset Management office of the Chase Bank, I am one of 22 current income beneficiaries. Although the trust value from the annual report is in the P1 ($1,000,000 - $5,000,000) range, as I have reported at Part VII, line 29, the income which I received in 2004 totaled $708.00.

As I hope is clear from my report, the assets in Part VII, page 3, lines 37 - 54 are a continuation of the assets which were reported to me as held by the trust as noted at page 2, lines 29 - 36. The assets shown on page 3, lines 37 - 54 were newly acquired by the trust since their last annual report to me. The transaction history in Column D was left blank as to these assets for the same reason that it is blank as to items 30 to 36 on page 2. For me to attempt to reconstruct a detailed history of the acquisition or sale and an accompanying gain or loss, by the trust officer at Chase Bank of each asset held by the bank in this trust for the year would be a monumental task.

The inquiry in your third paragraph as to "JP Morgan Sel T/A Lrg Cap Val Fd" listed in my 2003 report at Part VII, page 3, line 38 was simply an asset reported to me by the Chase Bank as held in the same trust in 2003 but no longer held as an asset in the 2004 report. Again, I trust that it is not incumbent upon me to determine from the trust officer when and how he/she disposed of each asset and the gain or loss to the trust that

FINANCIAL DISCLOSURE OFFICE

RECEIVED 2005 JUN 27 A 10: 56

resulted.

I hope that the above information satisfies your inquiry and serves as an appropriate amendment to my report.

Si█████████████████████

William M. Nickerson
Senior District Judge

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Nickerson, William M | 2. Court or Organization Maryland | 3. Date of Report 4/21/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Senior St | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 101 W. Lombard Street Baltimore MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. — | Whiteford Taylor & Preston, L.L.P. Money Purchase Plan (see VIII) |

RECEIVED 2005 APR 26 A 11: 28 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | monthly | State of Md. Judicial Pension Plan (see also VIII) | $25,411.62 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/21/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alltel Corp. | C | Dividend | M | T | partial sale | 4/9 | J | | |
| 2. Wyeth | A | Dividend | K | T | | | | | |
| 3. Bristol Myers Squibb | B | Dividend | K | T | | | | | |
| 4. Chevron Texaco Corp. formerly Chevron Corp. | A | Dividend | K | T | | | | | |
| 5. Coca Cola Co. | B | Dividend | L | T | | | | | |
| 6. Colgate Palmolive Co. | A | Dividend | K | T | | | | | |
| 7. Diamond Offshore Drilling Co. | A | Dividend | J | T | | | | | |
| 8. DuPont, E. I. | A | Dividend | J | T | | | | | |
| 9. Equifax Inc. | A | Dividend | K | T | | | | | |
| 10. General Electric Co. | B | Dividend | L | T | | | | | |
| 11. General Mills Inc. | A | Dividend | K | T | | | | | |
| 12. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 13. Merck & Co., Inc. | A | Dividend | K | T | | | | | |
| 14. Motorola, Inc. | A | Dividend | J | T | | | | | |
| 15. Pitney Bowes, Inc. | A | Dividend | K | T | | | | | |
| 16. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 17. Mutual Shares Fund | A | Dividend | K | T | | | | | |
| 18. T. Rowe Price Equity Income Fd. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. | T.R.P. Spectrum Growth Fd. | A | Dividend | K | T | | | | | |
| 20. | T.R.P. Tax Free Income Fd. | B | Dividend | K | T | | | | | |
| 21. | Constellation Energy ▓▓▓ | A | Dividend | J | T | | – | ▬ | | |
| 22. | Cheesecake Factory Inc. ▓▓▓ | | None | K | T | | | | | |
| 23. | Jones Apparel Grp ▓▓▓ | | None | K | T | | | | | |
| 24. | T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 25. | T.R.P. Science & Tech. Fd. | | None | J | T | | | | | |
| 26. | T.R.P. Tax Exempt M/M | A | Dividend | K | T | | | | | |
| 27. | T.R.P. Prime Reserve IRA | A | Dividend | J | T | see VIII | | | | |
| 28. | T.R.P. Prime Res Fd IRA | A | Dividend | J | T | redemption | 12/03 | J | A | |
| 29. | Chase Manhattan Bank - Trust | A | Distribution | P1 | T | see VIII | | | | |
| 30. | - Chase Market Rate Acct | | | | | | | | | |
| 31. | - Verizon Communications | | | | | | | | | |
| 32. | - Chevron Texaco Corp (formerky Chevron Corp) | | | | | | | | | |
| 33. | - Dow Chemical | | | | | | | | | |
| 34. | - Gen Elect Co | | | | | | | | | |
| 35. | - Exxon Mobil Corp | | | | | | | | | |
| 36. | - J P Morgan Bond Fund II | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/21/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Altria Group, Inc. | | | | | | | | | |
| 38. - American Electric Power Co, Inc. | | | | | | | | | |
| 39. - Bank of America Corp New | | | | | | | | | |
| 40. - Bristol Meyers Squibb Co | | | | | | | | | |
| 41. - Citigroup Inc. | | | | | | | | | |
| 42. - Consolidated Edison, Inc. | | | | | | | | | |
| 43. - Dominion Resources Inc VA | | | | | | | | | |
| 44. - Eastman Chemical Co | | | | | | | | | |
| 45. - Scana Corp | | | | | | | | | |
| 46. - Washington Mut Inc. | | | | | | | | | |
| 47. - Bank of America 3.875% 1/15/08 | | | | | | | | | |
| 48. - DuPont Ei De Nemour 3.375% 11/15/07 | | | | | | | | | |
| 49. - FNMA 2.875% 10/15/05 | | | | | | | | | |
| 50. - FNMA 3.375% 12/15/08 | | | | | | | | | |
| 51. — Merrill Lynch MTN 4.125% 1/15/09 | | | | | | | | | |
| 52. - Morgan Stanley 4.25% 5/15/10 | | | | | | | | | |
| 53. - US Treasury NT 2% 5/15/06 | | | | | | | | | |
| 54. - US Treasury NT 2.375% 5/15/06 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Dell, Inc. | | None | J | T | | | | | |
| 56. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 57. Intel Corp | A | Dividend | J | T | | – | | | |
| 58. Mercantile Bkshrs | A | Dividend | K | T | | | | | |
| 59. Microsoft Corp | B | Dividend | J | T | | | | | |
| 60. T. Rowe Price Inc. | A | Dividend | K | T | | | | | |
| 61. Zebra Tech | | None | L | T | | | | | |
| 62. E Digital Corp | | None | J | T | | | | | |
| 63. Enron Corp | | None | J | T | | | | | |
| 64. T.R.P. Tax Effct Growth Fd | | None | K | T | | | | | |
| 65. OCA, Inc. Formerly Ortho Ctrs America | | None | J | T | | | | | |
| 66. Pfizer Inc | A | Dividend | K | T | | | | | |
| 67. Wal-Mart Stores | A | Dividend | K | T | | | | | |
| 68. Lucent Tech | A | Dividend | J | T | | | | | |
| 69. Certegy Inc. | A | Dividend | K | T | | | | | |
| 70. Avaya Inc. | | None | J | T | | | | | |
| 71. Imagistics Int'l. | | None | J | T | | | | | |
| 72. Zimmer Hldgs. Inc. | | None | J | T | see VIII | 12/14 | J | | church |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/21/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Monsanto Co. | A | Dividend | J | T | | | | | |
| 74. Agere Sys Inc.   Cl A | | None | J | T | | | | | |
| 75. Agere Sys Inc    Cl B | | None | J | T | | | | | |
| 76. Smucker J M Co | A | Dividend | J | T | | | | | |
| 77. Medcohealth Solutions, Inc. | | None | J | T | | | | | |
| 78. W.P. Stewart Growth Fund, Inc. | C | Dividend | M | T | | | | | |
| 79. Freescale Semiconductor, Inc. Cl B | | None | J | T | spinoff | 12/08 | J | | |
| 80. Whiteford, Taylor & Preston LLP Money Purchase Pension | E | Distribution | | | redemption | 06/16 | O | | |
| 81. Massachusetts Mutual Ins. Co. – whole life policy | C | Dividend | K | T | | | | | |
| 82. American Express Trust Co. ACF IRA | | | | | rollover | 05/13 | O | | (see VIII) |
| 83. - AMEX Insd. M/M acct. | A | Dividend | K | T | | | | | |
| 84. - Columbia Acom Fd. - A | | None | L | T | | | | | |
| 85. - AXP Diversified Bd. Fd. Cl A | A | Dividend | K | T | | | | | |
| 86. - AXP High Yield Bd. Fd. Cl A | B | Dividend | K | T | | | | | |
| 87. - AXP Large Cap Equity Cl A | | None | K | T | | | | | |
| 88. - Fidelity ADV Mid Cap Fd. Cl T | | None | K | T | | | | | |
| 89. - Oppenheimer Global Opp. Fd. | | None | K | T | | | | | |
| 90. - Van Kampen Global Franchise Cl A | | None | K | T | | | | | |

1. Income/Gain Codes:       A  = $1,000 or less       B  = $1,001-$2,500       C  = $2,501-$5,000       D  = $5,001-$15,000       E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000   G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J  = $15,000 or less    K  = $15,001-$50,000    L  = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000               P4 = $More than $50,000,000
3. Value Method Codes       Q  = Appraisal          R  = Cost (Real Estate Only)   S  = Assessment       T  = Cash/Market
   (See Column C2)           U  = Book Value         V  = Other                 W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/21/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91.   - First Trust Unit 822 Dow Target | A | Dividend | L | | | | | | |
| 92.   - I Shares MSCI Emerging Mkts. | A | Dividend | J | T | | | | | |
| 93.   - I Shares Russell 1000 Value | | None | K | T | | — | | | |
| 94.   - I Shares Russell 1000 Growth | | None | K | T | | | | | |
| 95.   - I Shares S&P Europe 350 Index | A | Dividend | K | T | | | | | |
| 96.   - I Shares S&P Midcap400    Barra Growth Index Fd. | | None | K | T | | | | | |
| 97.   - I Shares S&P Midcap 400 Barra-Value Index Fd. | | None | K | T | | | | | |
| 98.   - I Shares S&P Smallcap 600 Index Fd. | | None | L | T | | | | | |
| 99.   AXP Part Fundamental Val - A Fd. | A | Dividend | K | T | buy | 11/16 | K | | |
| 100.  AXP Part Intl Sel Val-A Fund | A | Dividend | J | T | buy | 11/16 | J | | |
| 101.  Columbia Mid Cap Value -A Fund | | None | J | T | buy | 11/16 | J | | |
| 102.  Columbia Small Cap Value A Fund | | None | K | T | buy | 11/16 | K | | |
| 103.  Fidelity Advisor Mid Cap II-A Fd. | | None | J | T | buy | 11/16 | J | | |
| 104.  Morgan Stanley Capital Trust V | A | Dividend | J | T | buy | 11/16 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

II. Agreements. 2. The Whiteford, Taylor & Preston Money Purchase Plan, a 401k plan, was rolled over to an IRA on 5/13/2004: American Express Trust Company ACF the William M. Nickerson IRA, which is also listed at VII Investments and Trusts. (Item 82.)

VII. 27. T.R.P. Prime Reserve IRA was rolled over to the American Express Trust Company/William M. Nickerson IRA on 6/1/2004.

VII. 29. Items 30 through 54 are the assets reported as held or acquired in 2004 by the Chase Manhattan Bank Trust.

VII. 72. A portion of the stock held in Zimmer Inc. was donated to our church on 12/14/2004

VII. 80. This distribution was an RMD (Required Minimum Distribution) from the WTP 401k plan which was rolled over to the American Express IRA (Item 82.) on 05/13/2004.

VII. 81. Massachusetts Mutual Ins. Co. whole life policy - cash value and dividend reported for first time. I have held this policy for many years but was not aware before now that it was a reportable asset.

VII. 82. Items 83 through 98 are assets held in the American Express Trust IRA account.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Nickerson, William M | Date of Report<br><br>4/21/2005 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date 4/21/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544